IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| TESSERA INC., <br><br>           Plaintiff, <br><br>    v. <br><br> SONY ELECTRONICS, INC., et al., <br><br>           Defendants. | Civil No. 10-0838-RMB-KMW |

**ORDER**

THIS MATTER having come before the Court by way of informal application by Plaintiff Tessera, Inc. ("Tessera") seeking to compel Defendants Sony Corporation and Renesas Electronics Corporation (collectively, "Defendants") to produce their corporate witnesses for deposition in the United States.

For the reasons set forth during the telephone status conference held on March 20, 2012, the Court will deny Tessera's request to compel Defendants to produce their corporate witnesses for deposition in the United States. Depositions of Defendants' corporate witnesses shall be taken at Defendants' principal place of business per the general rule. Wright & Miller, Federal Practice and Procedure: Civil § 2112, at 410; see e.g., South Seas Catamaran, Inc. v. Motor Vessel, 120 F.R.D. 17, 21 (D.N.J. 1988).

Accordingly, for the reasons set forth above and for good cause shown:

1

IT IS on this 20th day of March, 2012,

**ORDERED** that Plaintiff Tessera's request to compel Defendants to produce their corporate witnesses for deposition in the United States is hereby **DENIED**. Depositions of Defendants' corporate witnesses shall be taken at Defendants' principal place of business.

s/ Karen M. Williams
KAREN M. WILLIAMS
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb