IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TESSERA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 10-838-RMB/KMW |
| v. | ) |
| | ) |
| SONY ELECTRONICS, INC., SONY | ) DEMAND FOR JURY TRIAL |
| CORPORATION, AND RENESAS | ) |
| ELECTRONICS CORPORATION, SONY | ) |
| ERICSSON MOBILE COMMUNICATIONS | ) |
| AB, AND SONY ERICSSON MOBILE | ) |
| COMMUNICATIONS (USA) INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATED ORDER OF DISMISSAL OF CLAIMS RELATED TO U.S. PAT. NO. 6,885,106, AND STAY OF CLAIMS RELATED TO U.S. PAT. NO. 6,054,337**

This stipulation is hereby agreed to by and among Plaintiff Tessera, Inc. ("Tessera") and Defendants Sony Electronics, Inc., Sony Corporation, Sony Mobile Communications AB, Sony Mobile Communications (USA) Inc. (collectively, "Sony"), and Renesas Electronics Corporation ("Renesas") (Sony and Renesas, individually and collectively, the "Defendants"), as follows:

WHEREAS, Tessera has asserted infringement of U.S. Pat. No. 6,885,106 ("the '106 patent") and U.S. Pat. No. 6,054,337 ("the '337 patent") by the Defendants;

WHEREAS, the Defendants contend that they do not infringe the '106 and '337 patents, and have asserted various related counterclaims and defenses;

WHEREAS, Sony has moved the Court to stay the instant proceeding until completion of the *inter partes* reexamination of the '106 patent and the *inter partes* review of the '337 patent;

WHEREAS, the parties desire to resolve their disputes in a manner that is both timely

and efficient;

WHEREAS, to that end, Tessera is willing to narrow its assertions as a matter of convenience and without making any admissions concerning the withdrawn claims or the Defendants' products;

IT IS HEREBY STIPULATED AND AGREED, by Tessera and Defendants, through their respective counsel of record, subject to the approval of the Court, that:

1. The parties hereby dismiss their claims and counterclaims involving the '106 patent with prejudice.

2. Each party is responsible for its own fees and costs associated with the claims and counterclaims dismissed hereunder.

3. The parties agree to a stay of this litigation, which shall be lifted by an Order of the Court upon the filing of an appropriate motion after the earlier of: (1) The Patent Trial and Appeal Board's ("PTAB") denial of Sony's Petition for *inter partes* review of the '337 Patent; or (2) the confirmation by the PTAB of claim 27 or claim 28 of the '337 patent.

4. Renesas agrees not to assert invalidity of the '337 patent in this case based on any prior art raised unsuccessfully in the *inter partes* review of the '337 patent.

5. The parties agree that all pending deadlines, including the deadline to file objections to the November 15, 2012 Order (D.I. 196), should be vacated, to be reset, if necessary, at a scheduling conference after the stay is lifted.

6. Except as expressly stated above, the parties make no admissions and reserve all rights. This stipulation does not, and is not intended to, create any rights or immunities, express or implied, in any other persons or entities. This stipulation does not constitute an admission by

any of the parties regarding, and has no bearing whatsoever on, any patents not specifically listed above or on any of the parties' claims or contentions in any other matter.

| | |
|---|---|
| OF COUNSEL:<br><br>Morgan Chu<br>Benjamin W. Hattenbach<br>Melissa R. McCormick<br>Lisa Sharrock Glasser<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>(310) 277-1010<br><br>Dated: November 27, 2012 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*Tessera, Inc.* |
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL:<br><br>Matthew B. Lowrie<br>Aaron W. Moore<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 342-4000<br><br>Dated: November 27, 2012 | By: /s/ Rodger D. Smith II<br>    Rodger D. Smith II (#3778)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    (302) 351-9200<br>    rsmith@mnat.com<br><br>*Attorneys for Defendants Sony Electronics Inc.,*<br>*Sony Corporation, Sony Mobile Communications*<br>*AB and Sony Mobile Communications (USA) Inc.* |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | |
| Mark G. Davis<br>Ronald J. Pabis<br>Patrick J. McCarthy<br>WEIL GOTSHAL & MANGES LLP<br>1300 Eye Street, NW<br>Washington, DC  20005<br>(202) 682-7000<br><br>Dated: November 27, 2012 | By: /s/ *Karen Jacobs Louden*<br>Karen Jacobs Louden (#2881)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendant Renesas Electronics Corporation* |

SO ORDERED this ____, day of November, 2012

_____
United States District Judge

1084268